IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Nov 18, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: James Ashworth

Case No.  1:16-cv-02566

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 4, 2025

/s/ Jeff T. Seldomridge
Jeff T. Seldomridge, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone:  (540) 672-42224
Fascimile:  (540) 672-3055
Email:Jseldomridge@millerfirmllc.com

**Attorney for Plaintiff**

/s/ Erica K. Drew
Erica K. Drew, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:erica.drew@faegredrinker.com

**Attorney for Defendants**